THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
John Brandon Teal,       
Appellant.
 
 
 

Appeal From Florence County
James E. Brogdon, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-266
Submitted January 29, 2003  Filed April 
 10, 2003   

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, of Columbia; for Appellant.
Attorney General Henry Dargan McMaster; Chief Deputy Attorney 
 General John W. McIntosh; Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia; Solicitor Edgar Lewis Clements, III, of Florence; for Respondent.
 
 
 

PER CURIAM:  John Teal was charged with 
 lynching, conspiracy, and assault and battery of a high and aggravated nature.  
 On January 29, 2002, Teal pled guilty to conspiracy and was sentenced to two 
 years imprisonment.  On appeal, counsel argues that Teals guilty plea failed 
 to comply with the mandates set forth in Boykin v. Alabama, 395 U.S. 
 238 (1969).  
Teals appellate counsel submitted a petition to 
 be relieved as counsel, stating he has reviewed the record and has concluded 
 Teals appeal is without merit.  Teal did not file any documents with the court.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Teals appeal and 
 grant counsels motion to be relieved. 
 [1] 
 APPEAL DISMISSED.
HEARN, C.J., and GOOLSBY and SHULER, 
 JJ., concur.

 
 [1]   Because oral argument would not aid the court 
 in resolving the issues on appeal, we decide this case without oral argument 
 pursuant to Rules 215 and 220(b)(2), SCACR.